Gaston, Judge
 

 After stating the facts as above, proceeded:- — The cause has been here submitted without argument, and the only error assigned by the appellant is clearly not sustainable. After verdict, it appears that defendant’s counsel moved in arrest of judgment upon the ground that the warrant which was the plaintiff’s declaration, and the bond offered in evidence, did Dot correspond; which motion was overruled by the court. Had there been a variance, which we by no means admit, the objection should have been taken on the trial. A motion in arrest can only be founded on some
 
 intrinsic
 
 cause appearing upon the face of the record.
 

 The judgment is to be affirmed with costs.
 

 Per Curiam. — Judgment affirmed.